# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

LEON McCALL, )
       )
     Petitioner, )
       )
v. )   Case No. 5:18-cv-00963-VEH-HNJ
       )
MONROE, ALABAMA, )
       )
     Respondent. )

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on July 5, 2018, recommending the petition for *habeas corpus* relief, filed by Leon McCall under 28 U.S.C. § 2241, be construed as a petition for relief under 28 U.S.C. § 2254 and dismissed.  (Doc. 3). No objections to the report and recommendation have been filed. Having now carefully considered *de novo* all of the material in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DISMISSED WITHOUT PREJUDICE**. The petitioner's motion to proceed *in forma pauperis* is **DENIED** as **MOOT.**

**DONE** this 9th day of August, 2018.

VIRGINIA EMERSON HOPKINS
United States District Judge